**ZIMMERMAN v. EAGLE ELEC. MFG. CO.**

[356 N.C. 425 (2002)]

WILDA KAY ZIMMERMAN, Employee v. EAGLE ELECTRIC MANUFACTURING CO., Employer; ZURICH-AMERICAN INSURANCE COMPANY, Carrier

No. 44PA02

(Filed 22 November 2002)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 147 N.C. App. 748, 556 S.E.2d 678 (2001), affirming an opinion and award entered 3 August 2000 by the North Carolina Industrial Commission. Heard in the Supreme Court 14 October 2002.

*Law Offices of George W. Lennon, by George W. Lennon and Michael W. Ballance, for plaintiff-appellee.*

*Young Moore and Henderson P.A., by Dawn Dillon Raynor, for defendant-appellants.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.